IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KAISER GROUP INTERNATIONAL, INC., et al., | : | |
| | : | |
| Debtors. | : | |
| | : | |
| KAISER GROUP INTERNATIONAL, INC., et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 18-100-LPS |
| | : | Bankruptcy Case No. 00-2263 (MFW) |
| ARCELORMITTAL OSTRAVA A.S. (FORMERLY NOVA HUT, A.S.), | : | Adv. No. 01-926 (MFW) |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **8th** day of **February, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process. This matter was referred for arbitration for which an award was

issued. This award was confirmed by the Bankruptcy Court, and resulted in this appeal. The parties agree that mediation would be unproductive.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 are expected.

In addition, the parties request that the following briefing schedule be entered:

| | |
|---|---|
| Appellants' Opening Brief | April 26, 2018 |
| Appellee's Answering Brief | May 25, 2018 |
| Appellants' Reply Brief | June 21, 2018 |

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge